| | | |
|---|---|---|
| EXECUTIVE PLAZA, INC. | * | CIVIL DISTRICT COURT |
| | * | |
| VERSUS | * | PARISH OF ORLEANS |
| | * | STATE OF LOUISIANA |
| | * | |
| ARCH SPECIALTY INSURANCE COMPANY | * | DOCKET NUMBER |

*********************************************************************

FILED_____   DEPUTY CLERK:_____

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes your Petitioner, Executive Plaza, Inc., a corporation licensed to do and doing business in Orleans Parish, New Orleans, Louisiana, which respectfully represents:

I.

The named Defendant in connection herewith is as follows:

A) ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the Parish of Orleans, State of Louisiana, who upon information and belief provided commercial insurance coverage for the property located at 10001 Lake Forest Boulevard, New Orleans, Louisiana, 70127 via policy number ESP0028333-00 and claim number 61156.

II.

Venue in this action is proper in Orleans Parish under Louisiana Code of Civil Procedure Article 76 insofar as the loss occurred in Orleans Parish, State of Louisiana.

III.

The named Defendant is indebted to your Petitioner as a result of the damage caused by Hurricane Gustav.

IV.

On or about the 1ST day of September, 2008, Hurricane Gustav made landfall in Southeast Louisiana. Powerful winds associated with the storm caused extensive damage to the property located at 10001 Lake Forest Boulevard, New Orleans, Louisiana, 70127.

V.

Based upon information and belief, Defendant, Arch Specialty Insurance Company is the commercial insurance carrier for Petitioner, Executive Plaza, Inc., for the property located at


EXHIBIT 1

10001 Lake Forest Boulevard, New Orleans, Louisiana, 70127 via policy number ESP0028333-00 and claim number 61156.

VI.

Despite having been provided with satisfactory proof of loss, defendant, Arch Specialty Insurance Company, has in bad faith refused to pay for **any** of the damage to Petitioner's property nor for any of its business interruption and/or loss of income in direct violation of LA R.S. 22:1973.

VII.

Defendant, Arch Specialty Insurance Company is liable unto Petitioner under the following legal theories:

a. Breach of contract;

b. Business interruption and/or loss of income incurred by Petitioner as a direct result of damages caused by Hurricane Gustav on September 1, 2008;

c. Bad faith claims adjusting in violation of LA R.S. 22:1892, 22:1893 and 22:1973;

d. Special and consequential damages as noted below, and

e. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

VIII.

Petitioner suffered the following damages to the property located at 10001 Lake Forest Blvd., New Orleans, LA 70127, as a direct result of Hurricane Gustav:

1) damage to the interior of the property;

2) damage to the exterior of the property;

3) damage to the contents of the property;

4) loss of income due to business interruption;

5) other damages for which a general quantum amount is hereby claimed.

IX.

Petitioner, Executive Plaza, Inc., seeks reasonable damages for the following:

A. Loss of use of property;

B. Loss of income due to business interruption;

C. Bad faith claims adjusting;

D. Property damages;

E.  Loss of and damage to the contents of her home;

F.  Additional expenses incurred as a result of business interruption;

G.  Diminution in value of the property;

H.  Attorney fees and litigation costs; and

I.  Other injuries and damages which a general quantum amount is hereby claimed.

X.

Defendant failed to initiate loss adjustment within thirty days after notification of loss by claimant, and is therefore liable to penalties as provided by La. R.S. 22:1973

XI.

Defendant violated the provisions of La. R.S. 22:1892. Defendant failed to pay the amount due on Petitioner's claim within thirty days of satisfactory proof of loss. Defendant failed to make a written offer to settle Petitioner's claim within thirty days of satisfactory proof of loss. Defendant's failure to do so was arbitrary, capricious, and/or without probable cause. Petitioner suffered damages as a result. Defendant is liable to the penalties, attorney's fees, and costs provided by La. R.S. 22:1892.

XII.

Defendant further violated the provisions of La. R.S. 22:1893. Defendant did not meet its burden in refusing payment. Petitioner suffered damages as a result, and is entitled to recovery under La. R.S. 22:1893 and La. R.S. 22:1973.

XIII.

Defendant owes to Petitioner a duty of good faith and fair dealing. Defendant has an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the Petitioner. Here, Defendant breached this duty by misrepresenting pertinent facts and policy provisions relating to coverage, arbitrarily and capriciously failing to pay Petitioner within sixty days after receipt of satisfactory proof of loss, and arbitrarily and capriciously failing to pay Petitioner on its claim pursuant to La. R.S. 22:1892. As a result of this breach, Petitioner suffered damages. Petitioner hereby seeks bad faith penalties and attorney fees as authorized under LA RS 22:1973.

XIV.

At this time, Petitioner, Executive Plaza, Inc. shows that its damages are over the quantum

limit to allow for a jury trial since its reasonable damages are greater than Fifty Thousand and No/100ths ($50,000.00) Dollars. Petitioner demands a trial by jury on all matters within. Petitioner reserves the right to amend its allegation of facts.

FILED
2009 AUG 27 A 10:09
CIVIL
DISTRICT COURT

WHEREFORE, Petitioner, Executive Plaza, Inc., prays that after all due proceedings are had, that there be judgment in its favor and against the Defendant, Arch Specialty Insurance Company for reasonable damages with judicial interest from date of judicial demand until paid and for bad faith damages as authorized under LA RS 22:1973; for all costs of these proceedings including attorneys fees and for all general and equitable relief awardable under these premises as awardable under Louisiana Law.

Respectfully submitted:
THE YEAGER LAW FIRM, LLC

JON M. YEAGER LSBA#27148
209 East Charles Street
Hammond, Louisiana 70401
Telephone (985) 340-9969
Facsimile (985) 340-9968
ATTORNEY FOR PETITIONER
EXECUTIVE PLAZA, INC.

**PLEASE SERVE:**

ARCH SPECIALTY INSURANCE COMPANY
*through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809